

District of Columbia
Public Schools

Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, DC 20002-4232

Phone: 202-442-5000
Fax: 202-442-5098
www.k12.dc.us

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS PURSUANT TO THE INDIVIDUALS WITH DISABILITIES ACT

### ATTORNEY INFORMATION

| | |
|---|---|
| Law Firm: | Carolyn W. Houck |
| Attorney: | Carolyn W. Houck |
| Federal Tax ID Number: | 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 |
| DC Bar Number: | 459746 |

### STUDENT INFORMATION

| | |
|---|---|
| Name: | [redacted] m L. |
| Date of Birth: | [redacted] |
| Date Hearing Request Filed: | 1/20/16 |
| Date(s) of Hearing: | 3/4/16 |
| Date of Determination (HOD/SA): | 4/4/16 |
| Parent/Guardian Name: | Ms. Donicka Hunt |
| Parent/Guardian Address: | 131 Danbury St. SW |
| | WDC |

### INVOICE INFORMATION

| | |
|---|---|
| Invoice Number: | |
| Date Request Submitted: | 5/17/16 |
| Date(s) of Services Rendered: | 12/04/15 - 05/16/16 |
| Attorney Hourly Rate: | $ 504.00 |
| Total Attorney Fees: | $ 50,135.00 |
| Total Attorney Costs: | $ 1,105.00 |
| Total Expenses: | $ - |
| Total Invoice: | $ 51,240.00 |

### CERTIFICATION (Must be signed by principal attorney)

I certify that all of the following statements are true and correct:

- All services listed in the enclosed invoices were actually performed;
- The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
- The District of Columbia Public School is the sole entity from which payment of the fees, costs, and expenses itemized on the enclosed invoice is requested;
- No attorney or law firm who either (1) provides services listed on the enclosed invoice; or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer, or employee of the firm, in a special education diagnostic services, schools, or other special education service providers;
- I understand that the making of false statements to an agency of the D.C. Government is punishable by criminal penalties pursuant to D.C. Code §22-2405

| Carolyn W. Houck | May 17, 2016 |
|---|---|
| Signature | Date |



**District of Columbia Public Schools**

Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, DC 20002-4232

Phone: 202-442-5000
Fax: 202-442-5098
www.k12.dc.us

## ATTORNEY FEE WORKSHEET

**Instructions:** Please complete the form by filling in the highlighted boxes.
Note that flat rate billing items are noted on a separate sheet in this workbook.

**Preferred Method of Submitting this Form is by Email: OGCATTORNEYFEE@DC.GOV**
Please include your Law Firm, Student Name, and Control # in the Subject Line of Email
You may also mail or fax this form to the number/address listed above

Student Name: ML
Control #:
Attorney Fee Total: $ 50,135.40

| Date | Professional Services | Attorney Initials | Time Spent Hrs | Time Spent Min | Rate Per Hour | Total |
|---|---|---|---|---|---|---|
| | | | | PER HOUR BILLING TOTAL | | $ 50,135.40 |
| 12/4/15 | TC with case manager referring case to me, brief explanation regarding student, mother wants me to contact her. | CH | 0.2 | | $504 | $ 100.80 |
| 12/14/15 | Initial meeting with parent. Extensive history of failure, went through retainer and legal process. Mother agreed and signed. | CH | 2 | | $504 | $ 1,008.00 |
| 12/15/15 | Review blank consent form dated 12/9 after 12/8 meeting. | CH | 0.2 | | $504 | $ 100.80 |
| 12/18/15 | Records request from Democracy Prep | CH | 0.5 | | $504 | $ 252.00 |
| 12/18/15 | Records request from Paul PCS | CH | 0.3 | | $504 | $ 151.20 |
| 12/18/15 | Investigate status of Paul PCS, it is still a DCPS PCS. | CH | 0.2 | | $504 | $ 100.80 |
| 12/20/15 | Rec/rev records from Democray Prep, teacher notes, work samples, teacher evaluations, attendance, report cards, no IE. | CH | 1.2 | | $504 | $ 604.80 |
| 1/8/16 | Prepare educational summary in preparation to draft DPC. | CH | 1 | | $504 | $ 504.00 |
| 1/11/16 | Attempts to get IEP from Democracy Prep, claim it no longer has access to this. | CH | 0.3 | | $504 | $ 151.20 |
| 1/15/16 | Finally receive IEP from 3/24/15, which is exactly what mother says it is, full time. | CH | 0.3 | | $504 | $ 151.20 |
| 1/15/16 | Begin drafting DPC | CH | 2 | | $504 | $ 1,008.00 |
| 1/17/16 | Continue drafting DPC | CH | 1.5 | | $504 | $ 756.00 |
| 1/19/16 | Continue drafting DPC, Comm with mother to clarify facts and dates and revise DPC as necessary. | CH | 0.5 | | $504 | $ 252.00 |
| 1/20/16 | File DPC | CH | 0.2 | | $504 | $ 100.80 |
| 1/22/16 | Rec hearing notice Ruff/McCall | CH | 0.1 | | $504 | $ 50.40 |
| 1/25/16 | Consult with J. Golinker, regarding Paul's abiltiy to provide pull out sped, per M's IEP. He is certain Paul cannot. | CH | 0.3 | | $504 | $ 151.20 |

| Date | Description | Atty | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 1/25/16 | Research regarding issue of full-time IEP with 24 hours, does DCPS consider this full time? | CH | 1 | | $504 | $ 504.00 |
| 1/25/16 | Enlist services of Steve Nabors who will serve as co-counsel. Meet with SN. Provide him all documents. | CH | 1 | | $504 | $ 504.00 |
| 1/28/16 | Mother forwards me email from Paul PCS wanting to hold IEP meeting, but there are no evaluations. Many emails back and forth with Paul SEC regarding parent will not attend meeting and why. | CH | 0.7 | | $504 | $ 352.80 |
| 1/28/16 | Rec/rev by email homework log sent home by Paul PCS, Melvin cannot do it. Reads at 1st grade level, in 7th grade. TC with mother to discuss. | CH | 0.5 | | $504 | $ 252.00 |
| 1/28/16 | Comm with Ms. A. at High Road Lanham regarding M and suitability at HRA. | CH | 0.4 | | $504 | $ 201.60 |
| 1/29/16 | Rec/rev DCPS response from McCall. He also puts a motion to dismiss in this, buried at the end. | CH | 0.4 | | $504 | $ 201.60 |
| 2/1/16 | Refer M to HRA Lanham. | CH | 0.5 | | $504 | $ 252.00 |
| 2/2/16 | Corres with Res specialist, agree to extend timeline for meeting at DCPS' request. | CH | 0.3 | | $504 | $ 151.20 |
| 2/3/16 | Rec/rev second blank consent to evaluate form from Ms. Foster at Paul. It seems she doesn't yet understand that the parent will not sign a blank form. TC with mother to discuss. | CH | 0.3 | | $504 | $ 151.20 |
| 2/3/16 | Rec/rev Ruff's order denying McCall's motion to dismiss due to insufficiency. Discuss with co-counsel. | CH | 0.4 | | $504 | $ 201.60 |
| 2/3/16 | Research OSEP letters regarding independent evaluations. Letter to Baus is on point. | CH | 1.2 | | $504 | $ 604.80 |
| 2/3/16 | Corres with Jaffe, he is in for McCall. | CH | 0.2 | | $504 | $ 100.80 |
| 2/3/16 | Review all documents provided by CH | SN | 0.9 | | $315 | $ 283.50 |
| 2/3/16 | Draft Motion to Shift Burden due to insufficiency of response | SN | 1.2 | | $315 | $ 378.00 |
| 2/4/16 | Negotiate PHC and DPH, more than 10 emails back and forth, but no agreement. | CH | 0.8 | | $504 | $ 403.20 |
| 2/4/16 | Corres with Paul requesting ind evaluation funding pursuant to letter to Baus. | CH | 0.3 | | $504 | $ 151.20 |
| 2/4/16 | File Motion to Shift Burden for DCPS failure to file appropriate response. | CH | 0.1 | | $504 | $ 50.40 |
| 2/4/16 | Read order re notice of insufficiency and compared with statute and implementing regs to understand IHO's purpose in issuing. | CH | 0.5 | | $504 | $ 252.00 |
| 2/4/16 | Case conf with Steve N. re: case strategy, PHC dates, hearing dates, addessing consent to evaluate, potential changes in DCPS counsel. | CH | 1 | | $504 | $ 504.00 |
| 2/4/16 | Draft and file notice of appearance. | SN | 0.3 | | $315 | $ 94.50 |
| 2/5/16 | Corres with Ruff, his order confusing, denies Dcps' motion, but says our DPC is not sufficient. Later clarifies. | CH | 0.5 | | $504 | $ 252.00 |
| 2/5/16 | Email to DCPS re DCPS concerns that DCPS did not have factual basis to defend against our DPC. | CH | 0.3 | | $504 | $ 151.20 |
| 2/10/16 | Review record, Jaffe has not filed opp motion. | CH | 0.2 | | $504 | $ 100.80 |
| 2/10/16 | Research, how to approach DCPS' default on opp motion. | CH | 0.4 | | $504 | $ 201.60 |
| 2/13/16 | Negotiate PHC date over several days. | CH | 0.5 | | $504 | $ 252.00 |
| 2/15/16 | Prepare for PHC. | CH | 0.5 | | $504 | $ 252.00 |

2

| Date | Description | Atty | Hours | | Rate | Amount |
|---|---|---|---|---|---|---|
| 2/16/16 | Participate in PHC. | CH | 0.6 | | $504 | $ 302.40 |
| 2/16/16 | Participate in PHC. | SN | 0.6 | | $315 | $ 189.00 |
| 2/17/16 | Rec/rev proposed SA from Jaffe | CH | 0.4 | | $504 | $ 201.60 |
| 2/17/16 | Corres with Jaffe who accuses me of not understanding placement/LOS issue. | CH | 0.5 | | $504 | $ 252.00 |
| 2/17/16 | Review and complete invoice and Provide Jaffe/OGC with estimate of attorney fees to date in effort to settle, per Jaffe's request. | CH | 0.6 | | $504 | $ 302.40 |
| 2/17/16 | Conf with co-counsel. Hearing prep regarding hours/full time program, which we believe will be crux of hearing. | CH | 0.5 | | $504 | $ 252.00 |
| 2/17/16 | Continue research regarding hours/full time issue. | CH | 1 | | $504 | $ 504.00 |
| 2/17/16 | Drafted motion for judgment on pleadings. | SN | 2.5 | | $315 | $ 787.50 |
| 2/18/16 | Rec/rev all documents from RSM. | CH | 0.5 | | $504 | $ 252.00 |
| 2/19/16 | Rec/rev amended response from Jaffe. | CH | 0.3 | | $504 | $ 151.20 |
| 2/19/16 | Rec/rev PHO, note all dates and directivies. | CH | 0.6 | | $504 | $ 302.40 |
| 2/19/16 | Begin drafting disclosures. | CH | 2 | | $504 | $ 1,008.00 |
| 2/19/16 | Revised Motion for Judgment on Pleadings. | SN | 1 | | $315 | $ 315.00 |
| 2/20/16 | File Motion for Partial Judgment on Pleadings. | CH | 0.2 | | $504 | $ 100.80 |
| 2/20/16 | Continue research regarding reducing hours is a change in placement. | CH | 1.5 | | $504 | $ 756.00 |
| 2/20/16 | Corres with co-counsel and Jaffe, confusion about Jaffe's getting petitioners confuse, he typed in wrong caption. Clarify. | CH | 0.3 | | $504 | $ 151.20 |
| 2/20/16 | Rec/rev LOS to Sousa from Evan Murray who wants to set up transition meeting. | CH | 0.2 | | $504 | $ 100.80 |
| 2/20/16 | Consult with co counsel regarding need for transition meeting, even though we have filed DPC. Agree to reject.. | CH | 0.4 | | $504 | $ 201.60 |
| 2/20/16 | Notify OGC that we reject the 2/17/16 PSA and provide reasons. | CH | 0.5 | | $504 | $ 252.00 |
| 2/21/16 | Continue drafting disclosures | CH | 2.3 | | $504 | $ 1,159.20 |
| 2/22/16 | Research assigned LOS, Sousa MS. | CH | 1.5 | | $504 | $ 756.00 |
| 2/22/16 | Continue drafting disclosures. | CH | 0.5 | | $504 | $ 252.00 |
| 2/22/16 | Go through 44 pages of emails in attempt to organize chronilogically and eliminate unnecessary emails in disclosures | CH | 1.2 | | $504 | $ 604.80 |
| 2/23/16 | Rec/rev obj to motion for judgment on pleadings from Jaffe | CH | 0.3 | | $504 | $ 151.20 |
| 2/23/16 | Rec/rev second PSA from Jaffe. | CH | 0.3 | | $504 | $ 151.20 |
| 2/23/16 | TC with SEC from Sousa. She is vague and after some conversastion, she says she cannot discuss her program with us and we need to talk with her supervisor. Prepare summary of conversation to use at hearing. | CH | 0.7 | | $504 | $ 352.80 |
| 2/23/16 | Corres with Jaffe about DCPS position that we need to observe Sousa program. Jaffe will allow parent, but not advocate. | CH | 0.5 | | $504 | $ 252.00 |
| 2/23/16 | TC with mother to discuss 2nd PSA. She will reject. | CH | 0.3 | | $504 | $ 151.20 |
| 2/23/16 | Finalize disclosures, review, and prepare to file. | CH | 0.6 | | $504 | $ 302.40 |
| 2/24/16 | Continued corres many emails with Jaffe who continues to not allow advocate to visit, only parent. | CH | 1 | | $504 | $ 504.00 |
| 2/24/16 | Status conf with co-counsel Hearing prep regarding hours on IEP/full time issuel | CH | 0.5 | | $504 | $ 252.00 |

| Date | Description | Initials | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 2/24/16 | Meet with comp ed expert to draft comp ed plan to presesnt at DPH. | CH | 0.8 | | $504 | $ 403.20 |
| 2/24/16 | Corres with Evan Murray case manager regarding advocate being allowed to observe DCPS program. | CH | 0.6 | | $504 | $ 302.40 |
| 2/24/16 | Corres with school principal regarding allowing advocate to observe the proposed placement at Sousa. | CH | 0.3 | | $504 | $ 151.20 |
| 2/24/16 | Add'l corres from Jaffe who now says that advocate may observe, but must sign their confidentiality form. | CH | 0.3 | | $504 | $ 151.20 |
| 2/24/16 | Continued corres with Jaffe, he will not provide form to us, says we have to get it from DCPS. | CH | 0.3 | | $504 | $ 151.20 |
| 2/24/16 | Notify DCPS we reject 2/23/16 SA and provide explanation. | CH | 0.4 | | $504 | $ 201.60 |
| 2/26/16 | File Disclosures 13 documents 3 witnesses, 88 pages, 44 pages of emails. | CH | 0.2 | | $504 | $ 100.80 |
| 2/26/16 | Rec/rev DCPS disclosures. 14 exhibits, witnesses testify to everything, need to object. A brief review. | CH | 0.3 | | $504 | $ 151.20 |
| 2/26/16 | Continue email corres with Jaffe. He now says SEC will provide the observation form. | CH | 0.4 | | $504 | $ 201.60 |
| 2/26/16 | Reviewed both parties' disclosures. | SN | 1 | | $315 | $ 315.00 |
| 2/27/16 | Begin preparing for DPH, draft opening statement and begin closing statement. | CH | 1.5 | | $504 | $ 756.00 |
| 2/27/16 | Hearing prep, prepare all questions for Ms. Anthony, Ms. Anyan, and mother. | CH | 2.2 | | $504 | $ 1,108.80 |
| 2/29/16 | After more than 50 emails back and forth with Jaffe, Evan Murray and SEC, SEC finally emails me confidentiality form that DCPS says advocate must sign prior to observing in school. | CH | 2.5 | | $504 | $ 1,260.00 |
| 2/29/16 | Drafted Motion for PI based on parents' right to send advocate to observe proposed location of services. | SN | 2.5 | | $315 | $ 787.50 |
| 3/1/16 | File Motion for PI, 9 pp 3 exhibitls. | CH | 0.2 | | $504 | $ 100.80 |
| 3/1/16 | Prepare admin record separate from disclosures for DPH on 3/4 | CH | 0.7 | | $504 | $ 352.80 |
| 3/1/16 | Rec/rev recent HOD from Lazan that says the form DCPS has parent sign is unconstitutional. | CH | 0.4 | | $504 | $ 201.60 |
| 3/1/16 | Status conf with co-counsel regarding HOD and call Elizabeth Jester together, decide advocate will not sign. | CH | 0.6 | | $504 | $ 302.40 |
| 3/1/16 | Legal research - comp ed/denial of FAPE | CH | 0.3 | | $504 | $ 151.20 |
| 3/1/16 | Continue reviewing in more depth the DCPS disclosures, includes TC with mother to find out if she knows witnesses and recognizes some of the documents. | CH | 0.5 | | $504 | $ 252.00 |
| 3/2/16 | Motion for PI denied as untimely, not substantively. | CH | 0.3 | | $504 | $ 151.20 |
| 3/2/16 | Conf with co-counsel regarding motion, good substantively for Petitioner. | CH | 0.4 | | $504 | $ 201.60 |
| 3/2/16 | Hearing prep. Meet with mother and Ms. Anthony to go over questions and strategy. | CH | 2.3 | | $504 | $ 1,159.20 |
| 3/3/16 | Rec/rev DCPS' objections to disclosures, obj to any testimony of private school, claims he did not know we were seeking private school. | CH | 0.3 | | $504 | $ 151.20 |
| 3/3/16 | Letter to mother's employer regarding need for her to be excused from work. | CH | 0.3 | | $504 | $ 151.20 |

4

| Date | Description | Atty | Hours | | Rate | Total |
|---|---|---|---|---|---|---|
| 3/3/16 | Add'l corres with Jaffe who claims he is blindsided by our disclosures that we are seeking a private school. | CH | 0.3 | | $504 | $ 151.20 |
| 3/3/16 | Hearing prep with Twilah Anthony regarding comp ed issues. | CH | 0.4 | | $504 | $ 201.60 |
| 3/3/16 | Final hearing prep, revise questions as necessary, continue drafting arguments. | CH | 3 | | $504 | $ 1,512.00 |
| 3/3/16 | Final hearing prep with co-counsel. He will do all the cross and I will do the direct. | CH | 0.5 | | $504 | $ 252.00 |
| 3/3/16 | Prepare all documents for hearing, copy, collate, prepare for hearing officer, organize. | CH | 1.7 | | $504 | $ 856.80 |
| 3/4/16 | Meet parent and advocate at 8am for final hearing preparation prior to hearing. | CH | 1.5 | | $504 | $ 756.00 |
| 3/4/16 | DPH, witnesses parent, TA, CA | CH | 5 | | $504 | $ 2,520.00 |
| 3/4/16 | Participate in DPH, did all cross x. | SN | 5 | | $315 | $ 1,575.00 |
| 3/4/16 | Post hearing briefing with mother, co-counsel, advocate. | CH | 1 | | $504 | $ 504.00 |
| 3/7/16 | Rec/rev LOI to attend meeting at Sousa to develop IEP and move toward placement at Sousa. Respond that we are waiting on HOD, hoping M will not be forced to attend Sousa. | CH | 0.4 | | $504 | $ 201.60 |
| 3/8/16 | Rec another LOI for meeting from Sousa, same response. | CH | 0.3 | | $504 | $ 151.20 |
| 3/8/16 | Research and prepare closing brief, citations and parentheticals. Submit relevant case and statute citations. | CH | 1.3 | | $504 | $ 655.20 |
| 3/9/16 | Submit closing brief (citations and parentheticals). | CH | 0.2 | | $504 | $ 100.80 |
| 4/4/16 | Rec/rev HOD. Prevailed on all issues | CH | 0.5 | | $504 | $ 252.00 |
| 4/5/16 | Notify mother and HRA that we prevailed. Agree to meet with mother to review the HOD in detail with her. | CH | 0.4 | | $504 | $ 201.60 |
| 4/6/16 | Call every psychologist listed in the DCPS parent guide for independent evaluaitons. Very little success, disconnected phones, no time for "pro bono work," etc. | CH | 1 | | $504 | $ 504.00 |
| 4/6/16 | Request help from colleagues in identifying psychologist who will take case under the OSSE rate. No one can help. Parents or attorney always has to kick in. | CH | 0.8 | | $504 | $ 403.20 |
| 4/7/16 | Contact three psychologists to see who can do evaluation at DCPS expense, only one has space at the OSSE rate, and she is backed up for a while. | CH | 0.6 | | $504 | $ 302.40 |
| 4/7/16 | Another LOI to attend meeting at Paul from DCPS case manager. TC with mother, as she is confused by these requests. | CH | 0.3 | | $504 | $ 151.20 |
| 4/7/16 | Strong letter to Jaffe regarding DCPS' apparent disregard for HOD and providing consequences if DCPS does not comply. | CH | 0.5 | | $504 | $ 252.00 |
| 4/7/16 | Corres with Jaffe who says DCPS will comply with HOD. | CH | 0.2 | | $504 | $ 100.80 |
| 4/7/16 | Corres with Jaffe who accuses me of ethics violation for communicating with DCPS. | CH | 0.2 | | $504 | $ 100.80 |
| 4/7/16 | Research and reply to Jaffe's accusation | CH | 0.5 | | $504 | $ 252.00 |
| 4/10/16 | Refer IEE comp psych to Dr. Nelson. | CH | 0.5 | | $504 | $ 252.00 |
| 4/11/16 | Rec/rev acceptance to HRA. TC with mother. | CH | 0.3 | | $504 | $ 151.20 |

| Date | Description | Atty | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/13/16 | TC with mother to review again terms of HOD and agree that I will work with DCPS until M starts at HRA. | CH | 0.4 | $504 | $ 201.60 |
| 4/14/16 | Corres with DCPS case manager, mother needs to know when M will start. She says she is working with Paul to get him withdrawn and into HRA per HOD. | CH | 0.5 | $504 | $ 252.00 |
| 4/15/16 | Request for hearing transcript. | CH | 0.3 | $504 | $ 151.20 |
| 4/15/16 | Clarification with Dr. N regarding referral for ind comp psych. | CH | 0.3 | $504 | $ 151.20 |
| 4/15/16 | Corres with HRA. What is the glitch, why has he not started? | CH | 0.3 | $504 | $ 151.20 |
| 4/17/16 | Rec/rev LOS letter to HRA per HOD | CH | 0.2 | $504 | $ 100.80 |
| 4/17/16 | Rec/rev request from DCPS for evaluator and comp ed provider's name, must be checking Thrive, as Jaffe blocked the use of Thrive at the DPH. | CH | 0.2 | $504 | $ 100.80 |
| 4/19/16 | Corres with SEC at Paul regarding he needs to withdraw and I cannot sign without permission from mother. She asks me to get mother to sign so that the HOD can be implemented. | CH | 0.4 | $504 | $ 201.60 |
| 4/20/16 | Corres with director at HRA regarding confirming start date at HRA as ordered in HOD. | CH | 0.3 | $504 | $ 151.20 |
| 4/21/16 | Rev withdrawal notice for parent to sign. | CH | 0.2 | $504 | $ 100.80 |
| 4/21/16 | Review the retainer mother signed to make sure I can sign documents for her Notify school that I can sign for her, but DCPS will not allow. | CH | 0.4 | $504 | $ 201.60 |
| 4/26/16 | Mother comes to office to sign withdrawal. | CH | 0.2 | $504 | $ 100.80 |
| 4/26/16 | Email withdrawal to Paul PCS. | CH | 0 | $504 | $ - |
| 4/28/16 | Review HOD to confirm that I cannot refer comp ed to Thrive. | CH | 0.2 | $504 | $ 100.80 |
| 4/28/16 | Tconf with Dr. Nelson who does comp ed and will take referral for tutoring. Refer to Dr. N's team. | CH | 0.3 | $504 | $ 151.20 |
| 5/2/16 | Corres with Kim F. re tutoring per HOD. Confirm we have vendor and do not need DCPS' help. | CH | 0.3 | $504 | $ 151.20 |
| 5/4/16 | Corres with DCPS Page Thompson re logistics of transportation getting on IEP and in place. Offers two possibilities, DPCS or private schoo can put it in placel. | CH | 0.4 | $504 | $ 201.60 |
| 5/6/16 | Corres with HRA. M started on 4/27, HRA is providing transportation until DCPS kicks in. Needs DCPS to start. | CH | 0.3 | $504 | $ 151.20 |
| 5/8/16 | Confirm meeting by phone for 5/12 at 10am pursuant to HOD. Several emails negotiating date. | CH | 0.3 | $504 | $ 151.20 |
| 5/10/16 | Obtain parent's permission to participate in meeting without her. | CH | 0.4 | $504 | $ 201.60 |
| 5/12/16 | Prepare for meeting per HOD, review eval, IEP | CH | 0.5 | $504 | $ 252.00 |
| 5/12/16 | Participate in meeting per HOD. | CH | 1.2 | $504 | $ 604.80 |
| 5/14/16 | Review HOD, all 8 paragraphs of order to make sure all have been dealt with. DCPS has complied fully with the HOD. HOD is specific as to how both parties are to proceed in order to comply. | CH | 0.4 | $504 | $ 201.60 |
| 5/16/16 | Review bill for accuracy | CH | 2 | $504 | $ 1,008.00 |



District of Columbia
Public Schools
Office of the General Counsel
825 North Capitol Street, N.E., 9th Floor
Washington, DC 20002-4232

## ATTORNEY FEE WORKSHEET

Instructions: Please complete the form by filling in the highlighted boxes.

**Preferred Method of Submitting this Form is by Email: OGCATTORNEYFEE@DC.GOV**
Please include your Law Firm, Student Name, and Control # in the Subject Line of Email
You may also mail or fax this form to the number/address listed above

Student Name: ML
Control #: 0

| Date | Task | Staff Member | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | FLAT RATE BILLING TOTAL | | | | $ 1,105.20 |
| 3/4/16 | Travel to DPH at 1/2 rate | CH | 252 | $ 2.00 | $ 504.00 |
| 3/4/16 | Travel from DPH to office at 1/2 rate | CH | 252 | $ 2.00 | $ 504.00 |
| 3/4/16 | Copy Pet. Disclosures for all witnesses 88 pp x 5 | CH | 440 | $ 0.15 | $ 66.00 |
| 3/4/16 | Copy DCPS Disclosures for all witnesses 52 pp x 4 | CH | 208 | $ 0.15 | $ 31.20 |